[No. 8155–5–II.   Division Two.   February 3, 1987.]

BEADY BANKSTON, ET AL, *Appellants,* v. MARVIN JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–01746–2, Robert H. Peterson, J., entered September 7, 1984. *Affirmed* by unpublished opinion per Foscue, J. Pro Tem., concurred in by Goodloe and Velie, JJ. Pro Tem.

[No. 7778–1–III.   Division Three.   February 3, 1987.]

RICHARD W. STANLEY, *Appellant,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–03322–6, Harold D. Clarke, J., entered April 8, 1986. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 7850–3–II.   Division Two.   February 5, 1987.]

ERIC APPLE, *Respondent,* v. EARL FLOYD, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–03639–4, Thomas R. Sauriol, J., entered May 7, 1984. *Reversed* by unpublished opinion per Green, J., concurred in by Alexander, A.C.J., and Worswick, J.